```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                       ATLANTA  DIVISION
```

IN RE:  JOEL GRICE,                    }   CHAPTER 13
                                       }
                                       }
         DEBTOR(S)                     }   CASE NO. A14-66553-BEM
                                       }
                                       }   JUDGE ELLIS-MONRO

<u>**SUPPLEMENTAL**</u>
<u>**OBJECTION TO CONFIRMATION**</u>

    COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Chapter 13 petition fails to include a debt owed to Army & Air Force Exchange Services, in violation of Bankruptcy Rule 1007(a)(1) and 11 U.S.C. Section 1325(a)(3).

    2.  The proposed plan fails to provide for the treatment of Army & Air Forces Exchange Services.  However, said creditor has filed a secured claim.

    3.  The proposed plan fails to provide for the treatment of Tanya D. Jeffords.  However, said creditor has filed a priority claim.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

    November 13, 2014

                                                    /s
                                     Sonya M. Buckley, Esq.
                                     for Chapter 13 Trustee
                                     GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
sonyab@atlch13tt.com

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served


DEBTOR(S):

JOEL GRICE
3044 WHITE OAKS MEWS
DECATUR, GA 30034

ATTORNEY FOR DEBTOR(S):

TIFFINI C. BELL, ESQ
SUITE 300
201 17TH ST
ATLANTA, GA 30363


in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 13th  day of November, 2014


          /s
Sonya M. Buckley, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987




Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
sonyab@atlch13tt.com