```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA  DIVISION
```

IN RE:   JOEL GRICE,                { CHAPTER 13
                                    {
                                    {
         DEBTOR(S)                  { CASE NO. A14-66553-BEM
                                    {
                                    { JUDGE ELLIS-MONRO

## SUPPLEMENTAL OBJECTION TO CONFIRMATION

    COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The proposed plan fails to provide for the treatment of Bernice Grice.  However, said creditor has filed a priority claim.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

    December 8, 2014

                                                         /s  
                                        Sonya M. Buckley, Esq.  
                                        for Chapter 13 Trustee  
                                        GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee  
Suite 2200  
191 Peachtree Street, N.E.  
Atlanta, GA 30303-1740  
404-525-1110  
sonyab@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

JOEL GRICE
3044 WHITE OAKS MEWS
DECATUR, GA 30034

ATTORNEY FOR DEBTOR(S):

TIFFINI C. BELL, ESQ
SUITE 300
201 17TH ST
ATLANTA, GA 30363

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 8th   day of December, 2014

_____/s_____
Sonya M. Buckley, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
sonyab@atlch13tt.com